UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: ) Case No. 14-08492
)
BAUGHER, ELIZABETH ANNE )
)
)
)
Debtor(s) )

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RICHARD M. FOGEL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved prior to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at **10:30 a.m. on October 22, 2014 in Courtroom 742**, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of this Court.

Date: September 24, 2014          By: /s/ Richard M. Fogel
                                           Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
312-276-1334
rfogel@shawfishman.com

UST Form 101-7-NFR (9/1/2009)

{000 NTC A0236578.DOC 4}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: BAUGHER, ELIZABETH ANNE       § Case No. 14-08492
                                     §
                                     §
Debtor(s)                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 5,000.00 |
| *and approved disbursements of* | $ 20.00 |
| *leaving a balance on hand of* [1] | $ 4,980.00 |
| **Balance on hand:** | $ 4,980.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 4,980.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - RICHARD M. FOGEL | 1,250.00 | 0.00 | 1,250.00 |

Total to be paid for chapter 7 administration expenses:  $ 1,250.00
Remaining balance:  $ 3,730.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $ 0.00
Remaining balance:  $ 3,730.00

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 3,730.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,286.76 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American Express Bank, FSB | 9,286.76 | 0.00 | 3,730.00 |

Total to be paid for timely general unsecured claims: $ 3,730.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00

Remaining balance: $ 0.00

Prepared By: /s/RICHARD M. FOGEL
                         Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Elizabeth Anne Baugher  
       Debtor

Case No. 14-08492-CAD  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 1     Date Rcvd: Sep 25, 2014  
                    Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2014.
```
db            +Elizabeth Anne Baugher,    1340 N. Leavitt Street,    Chicago, IL 60622-3026
21632472      +American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
22205572       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21632473     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bank of America,    PO Box 982235,    El Paso, TX 79998)
21632476     ++CITIBANK,    PO BOX 6030,    SIOUX FALLS SD 57117-6030
              (address filed with court: Citibank,    PO Box 688923,    Des Moines, IA 50368)
21632474      +Citi Cards,    PO Box 6500,    Sioux Falls, SD 57117-6500
21632475       Citibank,    PO Box 6028,    Sioux Falls, SD 57117
21632477      +Cook County Treasurer's Office,    PO Box 805436,    Chicago, IL 60680-4155
21632478      +JP Morgan Chase,    c/o Manley Deas Kochalski LLC,    1 East Wacker Drive, Suite 1250,
                Chicago, IL 60601-1980
22226374       JPMorgan Chase Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
21632479      +St. Patrick High School,    5900 W. Belmont Ave.,    Chicago, IL 60634-5199
21632480      +Wells Fargo,    PO Box 660930,    Dallas, TX 75266-0930
22226412       Wells Fargo Bank, NA,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
                Columbus, OH 43216-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2014                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 24, 2014 at the address(es) listed below:
```
          Cari A Kauffman    on behalf of Creditor    Wells Fargo Bank N.A. bankruptcy@mdk-llc.com,
           anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
          Keith Levy    on behalf of Creditor    JPMorgan Chase Bank, National Association
           anhsmdk@earthlink.net;anhsmdk@zuckergoldberg.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Richard M. Fogel    rfogel@shawfishman.com, il72@ecfcbis.com
          Richard M. Fogel    on behalf of Trustee Richard M. Fogel rfogel@shawfishman.com,   il72@ecfcbis.com
          William R Teitelbaum    on behalf of Debtor Elizabeth Anne Baugher lawbrt@aol.com
                                                                                             TOTAL: 6
```