**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: BAUGHER, ELIZABETH ANNE             § Case No. 14-08492
                                            §
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $954,306.00 *(without deducting any secured claims)* | Assets Exempt: $82,900.00 |
| Total Distribution to Claimants: $3,730.00 | Claims Discharged Without Payment: $112,360.76 |
| Total Expenses of Administration: $1,270.00 | |

    3) Total gross receipts of $ 5,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $5,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $941,473.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,270.00 | 1,270.00 | 1,270.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,894.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 96,211.00 | 9,286.76 | 9,286.76 | 3,730.00 |
| **TOTAL DISBURSEMENTS** | $1,058,578.00 | $10,556.76 | $10,556.76 | $5,000.00 |

4) This case was originally filed under Chapter 7 on March 10, 2014. The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/07/2014          By: /s/RICHARD M. FOGEL
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Acura MDX, 102,000 miles | 1129-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$5,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | JP Morgan Chase c/o Manley Deas Kochalski LLC | 4110-000 | 663,351.00 | N/A | N/A | 0.00 |
| NOTFILED | Cook County Treasurer's Office | 4110-000 | 20,894.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo | 4110-000 | 257,228.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$941,473.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | $1,270.00 | $1,270.00 | $1,270.00 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Cook County Treasurer's Office | 5200-000 | 20,894.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $20,894.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | 10,301.00 | 9,286.76 | 9,286.76 | 3,730.00 |
| NOTFILED | Citibank | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | St. Patrick High School | 7100-000 | 4,435.00 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards | 7100-000 | 27,870.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 28,002.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 25,603.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $96,211.00 | $9,286.76 | $9,286.76 | $3,730.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-08492
**Case Name:** BAUGHER, ELIZABETH ANNE

**Period Ending:** 11/07/14

**Trustee:** (330720) RICHARD M. FOGEL
**Filed (f) or Converted (c):** 03/10/14 (f)
**§341(a) Meeting Date:** 04/17/14
**Claims Bar Date:** 09/11/14

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Estate- 1340 N. Leavitt Street, Chicago IL<br>Imported from original petition Doc# 1 | 890,000.00 | 0.00 | | 0.00 | FA |
| 2 | Bank account- Citibank<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Bank account- North Community Bank checking<br>Imported from original petition Doc# 1 | 77.00 | 0.00 | | 0.00 | FA |
| 4 | Bank aacount- North Community Bank savings<br>Imported from original petition Doc# 1 (See Footnote) | 729.00 | 364.00 | | 0.00 | FA |
| 5 | Household goods and furnishings<br>Imported from original petition Doc# 1 (See Footnote) | 2,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | Necessary wearing apparel<br>Imported from original petition Doc# 1 | 1,500.00 | 0.00 | | 0.00 | FA |
| 7 | Term life insurance<br>Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 8 | 401k & SETH<br>Imported from original petition Doc# 1 | 60,000.00 | 0.00 | | 0.00 | FA |
| 9 | Liz Baugher Ltd.- debtor owns 100% S Corporation<br>Imported from original petition Doc# 1 (See Footnote) | Unknown | 0.00 | | 0.00 | FA |
| 10 | 2007 Acura MDX, 102,000 miles<br>Imported from original petition Doc# 1 | 12,000.00 | 6,042.00 | | 5,000.00 | FA |
| 10 | **Assets Totals** (Excluding unknown values) | **$966,306.00** | **$7,406.00** | | **$5,000.00** | **$0.00** |

RE PROP# 4    Inconsequential value to estate
RE PROP# 5    Inconsequential value to estate
RE PROP# 9    Liabilities of company exceed assets of company

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 14-08492
**Case Name:** BAUGHER, ELIZABETH ANNE

**Period Ending:** 11/07/14

**Trustee:**   (330720)   RICHARD M. FOGEL
**Filed (f) or Converted (c):** 03/10/14 (f)
**§341(a) Meeting Date:** 04/17/14
**Claims Bar Date:** 09/11/14

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2015   **Current Projected Date Of Final Report (TFR):**   September 24, 2014  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 14-08492  
**Case Name:** BAUGHER, ELIZABETH ANNE  

**Taxpayer ID #:** **-***6319  
**Period Ending:** 11/07/14  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/22/14 | {10} | ELIZABETH BAUGHER | Purchase of equity in vehicle per o/c 7-16-14 | 1129-000 | 5,000.00 | | 5,000.00 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,990.00 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,980.00 |
| 10/23/14 | 101 | RICHARD M. FOGEL | Dividend paid 100.00% on $1,250.00, Trustee Compensation; Reference: | 2100-000 | | 1,250.00 | 3,730.00 |
| 10/23/14 | 102 | American Express Bank, FSB | 40.16% dividend on Claim # 1, Ref: X1001 | 7100-000 | | 3,730.00 | 0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | ACCOUNT TOTALS | | 5,000.00 | 5,000.00 | $0.00 |
| | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | Subtotal | | 5,000.00 | 5,000.00 | |
| | | Less: Payments to Debtors | | | 0.00 | |
| | | NET Receipts / Disbursements | | $5,000.00 | $5,000.00 | |

Net Receipts : 5,000.00  
─────────  
Net Estate : $5,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******4466 | 5,000.00 | 5,000.00 | 0.00 |
| | $5,000.00 | $5,000.00 | $0.00 |

{} Asset reference(s)                                 Printed: 11/07/2014 07:41 AM   V.13.15